United States District Court                               DISTRICT OF MINNESOTA

Lucas McDonough                                            Court File Number

        Plaintiff,                                 0:19-cv-02238-PJS-TNL

v.

Clifton Toles, et al.

        Defendant,                                 Affidavit of Service

State of Minnesota            )
County of Hennepin            )

I, Greg Westerlund, state that on Wednesday, August 14, 2019 at 12:00 PM I served the Summons, Complaint and Civil Cover Sheet upon Fossland-Olson, Inc. d/b/a the 1029 Bar, therein named, personally at 1029 Marshall St NE, Minneapolis, MN 55413, by handing to and leaving with Scott Fossland, Chief Executive Officer of said Fossland-Olson, Inc. d/b/a the 1029 Bar, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: 8/14/2019   _____
                   Greg Westerlund, Process Server


*2363569 - 1*


METRO LEGAL
legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

RE: 508720-00001                      -1-